# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER JACKSON and LAURA JACKSON, | 3:05-CV-376-HDM (RAM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Several motions are pending in this case: Motion to Consolidate Complaints on Behalf of Plaintiff Peter W. Jackson (Doc. #4), Motion for Appointment of Counsel on Behalf of Plaintiff Laura Jackson (Doc. #7), Motion for Appointment of Counsel on Behalf of Plaintiff Peter Jackson (Doc. #8), Motion to Consider Bankruptcy Issues (Doc. #18), Motion to Correct Assets, Liens and Encumbrances on Behalf of Plaintiffs (Doc. #19).

The Clerk's office erroneously filed the Complaint in this case because Plaintiffs had not paid the filing fee, nor had they been given *in forma pauperis* status. In fact, on August 1, 2005, the court denied *in forma pauperis* status and ordered the Plaintiffs to pay the full $250.00 filing fee for a civil action. The Plaintiffs have failed to comply with that Order which failure to comply will be the subject a Report and Recommendation dismissing this case.

In the meantime, the Complaint (Doc. #3) which was improperly filed is **STRICKEN** and the Clerk shall place it on the left side of the file and mark that it was received on June 24, 2005.

The Motions referred to above should not have been filed in this case since there was no properly filed Complaint and, therefore, the Motion to Consolidate Complaints on Behalf of Plaintiff Peter W. Jackson (Doc. #4), Motion for Appointment of Counsel on Behalf of Plaintiff Laura Jackson

(Doc. #7), Motion for Appointment of Counsel on Behalf of Plaintiff Peter Jackson (Doc. #8), Motion to Consider Bankruptcy Issues (Doc. #18), and Motion to Correct Assets, Liens and Encumbrances on Behalf of Plaintiffs (Doc. #19) are **DENIED** without prejudice.

DATED: March 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE