# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER JACKSON and LAURA JACKSON, | 3:05-CV-376-HDM (RAM) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | May 5, 2006 |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI           REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

In the Report and Recommendation filed on March 22, 2006 (Doc. #24), the court erroneously stated that Plaintiffs had failed to pay the full filing fee of $250.00 pursuant to the court's order of August 1, 2005 (Doc. #12). It has since come to the court's attention that Plaintiffs have in fact paid the full filing fee of $250.00. Therefore, the Report and Recommendation (Doc. #24) is **WITHDRAWN**.

**IT IS HEREBY ORDERED** that Plaintiffs pay $100.00 which was refunded to them pursuant to Judge McKibben's Order (Doc. #25) within twenty (20) days from the date of this order.

**IT IS FURTHER ORDERED** that if Plaintiffs return the $100.00 the Clerk shall reopen this case and file the Complaint received on June 24, 2005.

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk